BAKER BOTTS L.L.P.
Kevin E. Cadwell (SBN 255794)
620 Hansen Way
Palo Alto, CA 94304
Phone: (650) 739-7500
Fax: (650) 739-7699
Email: kevin.cadwell@bakerbotts.com

Attorneys for Defendant
Ericsson, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TANDBERG, INC., AVAGO TECHNOLOGIES U.S., INC., BAYER CORPORATION, ERICSSON, INC. and ONE COMMUNICATIONS CORPORATION,<br><br>Defendants. | Case No. 3:10-cv-01325-EMC<br><br>**STIPULATION TO ENLARGE TIME TO ANSWER  ; ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br>Magistrate Judge Edward M. Chen |

Defendant, Ericsson, Inc. ("Ericsson"), on the one hand, and plaintiff Teleconference Systems, LLC ("Teleconference"), on the other hand, hereby stipulate pursuant to Local Rule 6-1(a) to enlarge time within which Ericsson may answer, move or otherwise respond to Teleconference's complaint from April 28, 2010 to and including June 12, 2010.  This is the first enlargement of time for Ericsson to answer, move, or otherwise respond to Teleconference's Complaint.

1

2       DATED:  April 23, 2010

3

4

5

6

7       DATED:  April 23, 2010

8

9

10

11

12

13

14      IT IS SO ORDERED:

15

16      _____

17      Edward M. Chen
        U.S. Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

BAKER BOTTS L.L.P.


By:   _/s/ Kevin E. Cadwell_____
            Kevin E. Cadwell
         Attorneys for Defendant
            Ericsson, Inc.

THE SIMON LAW FIRM,  P.C.


By:   _/s/ Timothy E. Grochocinski_____
         Timothy E. Grochocinski
         Attorneys for Plaintiff
      Teleconference Systems, LLC

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA