1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powes@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
4  RIP FINST (Bar No. 234478)
   rip.finst@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Defendant
   TANDBERG, INC.
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  TELECONFERENCE SYSTEMS, LLC,          | Case No. C 10-01325 EMC

13              Plaintiff,                 | STIPULATION REGARDING
                                           | DEFENDANTS' RESPONSE TO
14      v.                                 | TELECONFERENCE SYSTEMS, LLC'S
                                           | COMPLAINT   ; ORDER
15  TANDBERG, INC., AVAGO                  |
    TECHNOLOGIES U.S., INC., BAYER         |
16  CORPORATION, ERICSSON, INC., AND       |
    ONE COMMUNICATIONS CORPORATION,        | Hon. Edward M. Chen
17                                         |
                Defendants.                |
18
19

20

21

22

23

24

25

26

27

28

1      Plaintiff Teleconference Systems, LLC ("TS") hereby agrees pursuant to Local

2   Rule 6-1(a) to enlarge the time within which Defendants Tandberg, Inc., Avago Technologies

3   U.S., Inc., Bayer Corporation, and One Communications Corporation may answer, move or

4   otherwise respond to TS's Complaint to and including June 14, 2010.   This is the first

5   enlargement of time for the above-named Defendants to answer, move or otherwise respond to

6   TS's Complaint.

7

8   Dated:  April 28, 2010                          THE SIMON LAW FIRM, P.C.

9                                                   By:  ___/s/ Timothy E. Grochocinski___
                                                         TIMOTHY E. GROCHOCINSKI
10                                                       tgrochocinski@simonlawpc.com

11                                                       Attorneys for Plaintiff
                                                        Teleconference Systems, LLC
12

13

14  Dated:  April 28, 2010                          WEIL, GOTSHAL & MANGES LLP

15                                                  By:  ___/s/  Edward R. Reines___
                                                        EDWARD R. REINES
16                                                      edward.reines@weil.com

17                                                      Attorneys for Defendant
                                                        Tandberg, Inc.
18

19  IT IS SO ORDERED

20

21  _____

22  Edward M. Chen
    U.S. Magistrate
23  Judge



24

25

26

27

28

STIPULATION REGARDING DEFENDANTS'
RESPONSE TO COMPLAINT                    1                     Case No. C 10-01325 EMC

1

2                                                **FILER'S ATTESTATION**

3          I, Edward R. Reines, am the ECF User whose ID and password are being used to file this

4   Joint Stipulation.   In compliance with General Order 45, paragraph X.B., I hereby attest that

5   Timothy Grochocinski has concurred in this filing.

6

7   Dated:  April 28, 2010                              WEIL, GOTSHAL & MANGES LLP

8                                             By:   _____/s/  Edward R. Reines_____
                                                        EDWARD R. REINES
9                                                       edward.reines@weil.com

10                                                   Attorneys for Defendant
                                                        Tandberg, Inc.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DEFENDANTS'
RESPONSE TO COMPLAINT                            2                    Case No. C 10-01325 EMC