1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powes@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 222086)
   sonal.mehta@weil.com
4  RIP FINST (Bar No. 234478)
   rip.finst@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  Attorneys for Defendant
   TANDBERG, INC.
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | TELECONFERENCE SYSTEMS, LLC, | Case No. C 10-01325 EMC
13 | Plaintiff, | STIPULATION REGARDING DEFENDANTS' RESPONSE TO TELECONFERENCE SYSTEMS, LLC'S COMPLAINT   ; ORDER
14 | v. |
15 | TANDBERG, INC., AVAGO TECHNOLOGIES U.S., INC., BAYER CORPORATION, ERICSSON, INC., AND ONE COMMUNICATIONS CORPORATION, | Hon. Edward M. Chen
16 | |
17 | Defendants. |

1  Plaintiff Teleconference Systems, LLC ("TS") hereby agrees pursuant to Local
2  Rule 6-1(a) to enlarge the time within which Defendants Tandberg, Inc., Avago Technologies
3  U.S. Inc., Bayer Corporation, and One Communications Corp. may answer, move or otherwise
4  respond to TS's Complaint to and including June 24, 2010.  This is the second enlargement of
5  time for the above-named Defendants to answer, move or otherwise respond to TS's Complaint,
6  the parties having previously stipulated on April 28, 2010 (D.I. 16) to extend the original
7  April 28, 2010 deadline for Defendants' response to and including June 14, 2010.

Dated: 6/9/2010   THE SIMON LAW FIRM, P.C.

By:  */s/ Timothy E. Grochocinski*
TIMOTHY E. GROCHOCINSKI
tgrochocinski@simonlawpc.com

Attorneys for Plaintiff
Teleconference Systems, LLC

Dated: 6/9/2010   WEIL, GOTSHAL & MANGES LLP

By:  */s/ Edward R. Reines*
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Defendant
TANDBERG, INC.

IT IS SO ORDERED

_____
EDWARD M. CHEN
U.S. MAGISTRATE
JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

**FILER'S ATTESTATION**

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Timothy Grochocinski has concurred in this filing.

Dated: 6/9/2010                                    WEIL, GOTSHAL & MANGES LLP

                                                   By:    */s/ Edward R. Reines*
                                                        EDWARD R. REINES
                                                        edward.reines@weil.com

                                                        Attorneys for Defendant
                                                        TANDBERG, INC.