LYNN H. PASAHOW (CSB NO. 054283)
lpasahow@fenwick.com
VIRGINIA K. DEMARCHI (CSB NO. 168633)
vdemarchi@fenwick.com
HECTOR RIBERA (CSB NO. 221511)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
ERICSSON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TANDBERG, INC., AVAGO TECHNOLOGIES U.S., INC., BAYER CORPORATION, ERICSSON, INC., AND ONE COMMUNICATIONS CORPORATION,<br><br>Defendants. | Case No. C 10-01325 EMC<br><br>**STIPULATION REGARDING DEFENDANT ERICSSON, INC.'S RESPONSE TO TELECONFERENCE SYSTEMS, LLC'S COMPLAINT** ; ORDER |

Defendant, Ericsson, Inc. ("Ericsson"), on the one hand, and plaintiff Teleconference Systems, LLC ("Teleconference"), on the other hand, hereby stipulate pursuant to Local Rule 6-1(a) to enlarge the time within which Ericsson may answer, move or otherwise respond to the complaint to and including July 12, 2010. This is the second enlargement of time for Ericsson to

///

///

1 answer, move, or otherwise respond to the complaint.

2  Dated: June 9, 2010                                    THE SIMON LAW FIRM, P.C.

3

4                                                         By:   *s/Anthony G. Simon*
                                                                Anthony G. Simon
5

6                                                         Attorneys for Plaintiff
                                                          TELECONFERENCE SYSTEMS, LLC

7  Dated: June 9, 2010                                    FENWICK & WEST LLP

8

9                                                         By:   *s/Virginia K. DeMarchi*
                                                                Virginia K. DeMarchi
10

11                                                        Attorneys for Defendant
                                                          ERICSSON, INC.

12

13                         **ATTESTATION PURSUANT TO GENERAL ORDER 45**

14     I, Virginia K. DeMarchi, attest that concurrence in the filing of this document has been

15 obtained from the other signatory.

16     I declare under penalty of perjury that the foregoing is true and correct. Executed on

17 June 9, 2010.

18                                                        By:   *s/Virginia K. DeMarchi*
                                                                Virginia K. DeMarchi
19

20     IT IS SO ORDERED:

21

22

23  _____
    Edward M. Chen
24  U.S. Magistrate Judge

STIPULATION FOR EXTENSION OF TIME
CASE NO. C 10-01325 EMC                                                                        2