UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., AVAGO TECHNOLOGIES U.S., INC., BAYER CORPORATION, ERICSSON, INC. and ONE COMMUNICATIONS CORPORATION,

    Defendants.

Case No.: 3:10-cv-1325

**JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE**

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED that this matter along with the *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.*, Case No. 3:09-cv-1550-JSW matter will be set for a Case Management Conference on August 6, 2010.

Dated: June 25, 2010

_____
Jeffrey S. White
United States District Judge

1.

[PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE

Case No. 3:10-cv-1325