UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC, )
)
Plaintiff, )
vs. )
) Case No.: 3:10-cv-1325
TANDBERG, INC., AVAGO )
TECHNOLOGIES U.S., INC., BAYER ) [PROPOSED] ORDER
CORPORATION, ERICSSON, INC. and ONE )
COMMUNICATIONS CORPORATION, )
)
Defendants. )

[PROPOSED] ORDER

Pursuant to the foregoing notice of dismissal, and for good cause shown, IT IS SO ORDERED that Ericsson, Inc. is hereby dismissed without prejudice from this matter.

Dated: July 7, 2010

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

1.

PLAINTIFF, TELECONFERENCE SYSTEMS, LLC'S
NOTICE OF DISMISSAL OF ERICSSON, INC.
AND [PROPOSED] ORDER

Case No. 3:10-cv-1325