UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., et al.

    Defendants.

Case No.: 3:10-cv-1325

[PROPOSED] ORDER TO EXTEND ADR DEADLINE

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discuss the discovery plan and notify the Court of the ADR process selection be extended from July 16, 2010 to July 23, 2010.

Dated: July 19, 2010

_____
Jeffrey S. White
United States District Judge