UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, <br><br> Plaintiff, <br> vs. <br> TANDBERG, INC., et al. <br><br> Defendants. | Case No.: 3:10-cv-1325 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadline for Plaintiff to provide a written settlement proposal be extended from October 5, 2010 to October 15, 2010 and the deadline for Defendant to provide a written response to Plaintiff's settlement proposal and/or provide a counter-proposal be extended from October 12, 2010 to October 22, 2010.

Dated: 10/06/10



Magistrate Judge Joseph C. Spero

1.