.ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

*Attorneys for Plaintiff,*
*TELECONFERENCE SYSTEMS, LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | Case No.: 3:10-cv-1325 |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND SETTLEMENT DEADLINES** |
| vs. | |
| TANDBERG, INC., et al. | |
| Defendants. | |

WHEREFORE, the parties respectfully request that the following deadlines be extended as follows:

| Description | Current Deadline | Requested Extension |
|---|---|---|
| Deadline for Plaintiffs to provide a settlement demand | October 15, 2010 | November 29, 2010 |
| Deadline for Defendants to provide a written response to Plaintiff's settlement demand | October 22, 2010 | December 6, 2010 |
| Deadline for parties to submit a settlement conference statement | October 27, 2010 | December 7, 2010 |
| Settlement Conference | November 2, 2010 | December 14, 2010 |

WHEREFORE, the parties believe that the additional time will facilitate their development and discussion of settlement positions in advance of the settlement conference.

1.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the deadlines outlined in the above chart be extended as requested.

Dated: October 15, 2010                    THE SIMON LAW FIRM, P.C.

                                           By:   /s/ Timothy E. Grochocinski
                                                 TIMOTHY E. GROCHOCINSKI
                                                 teg@simonlawpc.com

                                           Attorneys for Plaintiff

Dated: October 15, 2010                    WEIL, GOTSHAL & MANGES, LLP

                                           By:   /s/ Sonal N. Mehta
                                                 SONAL N. MEHTA
                                                 Sonal.Mehta@weil.com

                                           Attorneys for Defendants

Dated: 10/18/10

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND SETTLEMENT DEADLINES                    Case No. 3:10-cv-1325

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Sonal N. Mehta has concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2010

By:   /s/Timothy E. Grochocinski
      Timothy E. Grochocinski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on October 15, 2010.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND SETTLEMENT DEADLINES      Case No. 3:10-cv-1325