UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., et al.

    Defendants.

Case No.: 3:10-cv-1325

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT CASE MANAGEMENT STATEMENT DEADLINE**

**[PROPOSED] ORDER**
late-filed
Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadline for Defendants to produce L.P.R. 3-3, Invalidity Contentions and L.P.R. 3-4, document production to accompany Invalidity Contentions be extended from October 18, 2010 to November 19, 2010.

Dated: October 18, 2010

*/s/ Jeffrey S. White*
Jeffery S. White
U.S. District Judge

1.

JOINT STIPULATION
EXTEND JOINT CASE
MANAGEMENT STATEMENT DEADLINES

Case No. 3:10-cv-1325