MATTHEW D. POWERS (Bar No. 104795)
matthew.powes@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
ANDREW L. PERITO (Bar No. 269995)
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendants
and Counterclaim-Plaintiffs
TANDBERG, INC., AVAGO TECHNOLOGIES
U.S. INC., BAYER CORPORATION and ONE
COMMUNICATIONS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC., | Case No. C 10-01325 JSW |
| Plaintiff and Counterclaim-Defendant, | JOINT STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DISCOVERY MAGISTRATE |
| v. | |
| TANDBERG, INC., AVAGO TECHNOLOGIES U.S. INC., BAYER CORPORATION, ERICSSON INC. and ONE COMMUNICATIONS CORPORATION, | Hon. Jeffrey S. White |
| Defendants and Counterclaim-Plaintiff, | |
| v. | |
| MARGALLA COMMUNICATIONS, INC. | |
| Counterclaim-Defendant. | |

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING DISCOVERY MAGISTRATE

Case No. C10-01325 JSW

1  WHEREFORE, at the August 6, 2010, Case Management Conference held jointly in this action and in *Cisco Systems, Inc. v. Teleconference Systems, LLC and Margalla Communications, Inc.*, No. 3:09-cv-01550-JSW (the "Cisco Action"), the Court ordered that the actions proceed on a coordinated schedule for discovery and claim construction;

WHEREFORE, pursuant to the Court's August 9, 2010 Civil Minute Orders (Dkt. No. 64; Cisco Action Dkt. No. 201), the parties filed Joint Notices Regarding Agreed Magistrate Judge For Discovery Purposes (Dkt. No. 67; Cisco Action Dkt. No. 204) notifying the Court of their agreement that Magistrate Judge Elizabeth D. Laporte be designated under 28 U.S.C. § 636(b)(1)(A) to hear and determine pretrial matters regarding discovery in this action and in the Cisco Action;

WHEREFORE, on August 23, 2010 the Court referred both actions to Magistrate Judge Laporte (Dkt. No. 68; Cisco Action Dkt. No. 205);

WHEREFORE, on August 25, 2010 Magistrate Judge Laporte entered a Recusal Order in the Cisco Action (Cisco Action Dkt. No. 206);

WHEREFORE, on September 3, 2010, the Notice of Referral and Order Re Discovery Procedures stated that the Cisco Action had been referred to Magistrate Judge Edward M. Chen (Cisco Action Dkt. No. 207); and

WHEREFORE, referral to the same magistrate judge in both actions will promote efficient use of Court's and the parties' resources and avoid potentially inconsistent results.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, Magistrate Judge Edward M. Chen be designated under 28 U.S.C. § 636(b)(1)(A) to hear and determine pretrial matters regarding discovery in this action.

| | |
|---|---|
| Dated: October 20, 2010 | THE SIMON LAW FIRM, P.C.<br><br>By: ___/s/ Anthony G. Simon___<br>ANTHONY G. SIMON<br>asimon@simonlawpc.com<br><br>Attorneys for Plaintiff and<br>Counterclaim-Defendants |
| Dated: October 20, 2010 | WEIL, GOTSHAL & MANGES LLP<br><br>By: ___/s/ Edward R. Reines___<br>EDWARD R. REINES<br>edward.reines@weil.com<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiffs Tandberg,<br>Inc., Avago Technologies U.S. Inc.,<br>Bayer Corporation and One<br>Communications Corp. |

### FILER'S ATTESTATION

I, Edward R. Reines, am the ECF User whose ID and password are being used to file this Joint Stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Anthony G. Simon has concurred in this filing.

| | |
|---|---|
| Dated: October 20, 2010 | WEIL, GOTSHAL & MANGES LLP<br><br>By: ___/s/ Edward R. Reines___<br>EDWARD R. REINES<br>edward.reines@weil.com<br><br>Attorneys for Defendant and<br>Counterclaim-Plaintiffs Tandberg,<br>Inc., Avago Technologies U.S. Inc.,<br>Bayer Corporation and One<br>Communications Corp. |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the Court hereby orders that Magistrate Judge Edward M. Chen be designated under 28 U.S.C. § 636(b)(1)(A) to hear and determine pretrial matters regarding discovery in this action.

**IT IS SO ORDERED.**

DATED: October 20, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ~~PROPOSED~~ ORDER
REGARDING DISCOVERY MAGISTRATE                                    Case No. C10-01325 JSW