UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., et al.

    Defendants.

Case No.: 3:10-cv-1325

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND JOINT CASE MANAGEMENT STATEMENT DEADLINE

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and for good cause shown, IT IS SO ORDERED the deadlines outlined in the following chart are herein GRANTED.

| Description | Requested Extension |
| --- | --- |
| Exchange of patent claim terms to be construed by the Court pursuant to Pat. L.R. 4-1. | December 1, 2010 |
| Exchange of proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 | December 13, 2010 |
| Conference regarding the terms to be construed by the Court | December 15, 2010 |

Dated: November 2, 2010

_____
Jeffery S. White
U.S. District Judge

1.

JOINT STIPULATION
EXTEND JOINT CASE
MANAGEMENT STATEMENT DEADLINES

Case No. 3:10-cv-1325