UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., et al.

    Defendants.

Case No.: 3:10-cv-1325-JSW

[PROPOSED] ORDER

Judge Jeffery S. White

Pursuant to the foregoing Joint Stipulation, and for good cause shown, IT IS SO ORDERED the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 be extended to March 15, 2011 is GRANTED.

Dated: March 15, 2011

*Jeffery S. White*
Jeffery S. White
U.S. District Judge

1.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINE PURSUANT TO PAT. L.R. 4-2

Case No. 3:10-cv-1325