UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

TANDBERG, INC., et al.

    Defendants.

Case No.: 3:10-cv-1325-JSW

[PROPOSED] ORDER

Judge Jeffrey S. White

Pursuant to the foregoing Joint Stipulation and for good cause shown, IT IS SO ORDERED that the one week extension of the claim construction deadlines as outlined below are GRANTED.

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties' Conference regarding the terms to be construed by the Court | March 18, 2011 | March 25, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3 | March 25, 2011 | April 1, 2011 |
| Exchange of expert reports on Claim Construction (if any) | March 25, 2011 | April 1, 2011 |

Dated: March 21, 2011

Jeffrey S. White
U.S. District Judge

1.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINES

Case No. 3:10-cv-1325-JSW