UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TELECONFERENCE SYSTEMS, LLC and MARGALLA COMMUNICATIONS, INC., <br><br> Defendants, <br><br> AND RELATED THIRD-PARTY PROCEEDING. | Case No. C 09-01550 JSW <br><br> **JURY TRIAL DEMANDED** <br><br> Claim Construction Hearing: <br> August 9, 2011, 1:30 pm |
| TELECONFERENCE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TANDBERG, INC., et al, <br><br> Defendants. | Case No. c 10-1325 JSW <br><br> **JURY TRIAL DEMANDED** <br><br> Claim Construction Hearing: <br> August 9, 2011, 1:30 pm |
| TELECONFERENCE SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AT&T CORP., et al, <br><br> Defendants. | Case No. c 10-5740 JSW <br><br> **JURY TRIAL DEMANDED** <br><br> Claim Construction Hearing: <br> August 9, 2011, 1:30 pm |

### ~~PROPOSED~~ ORDER

Pursuant to the Stipulation For Extension Of Time To File Claim Construction Brief Pursuant To L.P.R. 4-5(c) and for good cause shown, IT IS SO ORDERED that the deadline for Teleconference

1.

---

**STIPULATION FOR EXTENSION OF TIME**
**AND ~~[PROPOSED]~~ ORDER**

Case No. 3:09-01550-JSW
Case No. 3:10-cv-1325-JSW
Case No. 3:10-cv-5740-JSW

Systems, LLC and Margalla Communications, Inc. to file their Claim Construction Reply Brief pursuant to Pat. L.R. 4-5(c) be extended to June 8, 2011 and that the deadline for the parties to file their Final Joint Claim Construction Statement pursuant to the Standing Order for Patent Cases be extended to June 8, 2011 is GRANTED.

Dated: June 6, 2011

_____
Jeffery S. White
U.S. District Judge

2.